UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILO & GABBY, LLC, and KAREN KELLER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | CASE NO. C13-1932RSM <br><br> ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON COUNTERCLAIMS |

This matter comes before the Court on Defendant's Motion for Judgment on its Third, Fourth and Fifth Counterclaims for Declaratory Judgment. Dkt. #54. Defendants argue that because these Counterclaims "mirror" Plaintiffs' copyright, Lanham Act, and Digital Millennium Copyright Act claims which the Court has previously dismissed on summary judgment and/or found in favor of Defendant, there is nothing further to resolve with respect to the Counterclaims and declaratory judgment should be entered in favor of Defendant. *Id.* Plaintiffs argue that the Third Counterclaim has not been fully resolved, and therefore the motion should be denied with respect to that Counterclaim. Dkt. #60. With respect to the Fourth and Fifth Counterclaims, Plaintiffs acknowledge that the Court resolved those issues and dismissed Plaintiffs' claims for the reasons set forth in Defendant's Counterclaims, but

ORDER
PAGE - 1

argue that the Counterclaims should simply be dismissed as moot, with leave to renew them if this matter is reversed on appeal. *Id.*

Having reviewed Defendant's motion, the response in opposition thereto and reply in support thereof, along with the remainder of the record, the Court hereby FINDS and ORDERS that Defendant's Motion for Declaratory Judgment on its Third, Fourth and Fifth Counterclaims (Dkt. #54) is GRANTED for the reasons discussed by Defendant, and for those set forth in this Court's prior Order on summary judgment. *See* Dkts. #44, #54 and #63.

The Court shall enter declaratory judgment on Defendant's Third, Fourth and Fifth Counterclaims in favor of Defendant and against Plaintiffs.

DATED this 1 day of September 2015.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE