THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILO & GABBY, LLC and KAREN KELLER, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　Defendant. | Case No. 13-cv-01932<br><br>DEFENDANT AMAZON.COM's PROPOSED VERDICT FORM |

We the jury, being empaneled and sworn in the above titled cause brought by Plaintiffs Milo & Gabby, LLC and Karen Keller (together "Milo & Gabby") against Defendant Amazon.com, Inc. ("Amazon"), do find as follows:

**1.　　Has Milo & Gabby proven that it is more likely than not that Amazon offered to sell the Accused Products?**

　　　　**CIRCLE ONE:　　YES　　or　　NO**

*IF YOU ANSWER YES:  PLEASE GO ON TO QUESTION 2.*

*IF YOU ANSWER NO:  PLEASE SIGN AND DATE THE VERDICT FORM AND RETURN IT TO THE BAILIFF.*

AMAZON'S PROPOSED VERDICT FORM - 1

2. If you have found that Amazon has infringed one or more claims of the Milo & Gabby Patents, what damages do you find Milo & Gabby has proven that it is more probable than not it has suffered as a result of infringement by Amazon?

_____

*PLEASE SIGN AND DATE THE VERDICT FORM AND RETURN IT TO THE BAILIFF.*

FOR THE JURY:

BY: _____

(FOREPERSON)

DATE: _____

| | | |
|---|---|---|
| 1 | RESPECTFULLY SUBMITTED: | |
| 2 | October 21, 2015 | STOEL RIVES LLP |
| 3 | | |
| 4 | | s/ Vanessa S. Power |
| 5 | | s/ Brian C. Park<br>s/ Nathan C. Brunette |
| 6 | | Vanessa Soriano Power, WSBA No. 30777<br>vspower@stoel.com |
| 7 | | Brian C. Park, WSBA No. 25584<br>bcpark@stoel.com |
| 8 | | Nathan C. Brunette, OSB No. 090913<br>*Admitted Pro Hac Vice* |
| 9 | | ncbrunette@stoel.com |
| 10 | | STOEL RIVES LLP<br>600 University Street, Suite 3600 |
| 11 | | Seattle, WA  98101<br>Telephone:  (206) 624-0900 |
| 12 | | Facsimile:  (206) 386-7500 |
| 13 | | John M. Hughes (admitted *pro hac vice*)<br>Joseph W. Doman (admitted *pro hac vice*) |
| 14 | | BARTLIT BECK HERMAN<br>PALENCHAR & SCOTT LLP |
| 15 | | 1899 Wynkoop Street, 8th Floor<br>Denver, CO 80202 |
| 16 | | Telephone: (303) 592-3100<br>Facsimile:  (303) 592-3140 |
| 17 | | Email:  john.hughes@bartlit-beck.com<br>Joe.doman@bartlit-beck.com |
| 18 | | Attorneys for Defendant |
| 19 | | Amazon.com, Inc. |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

## CERTIFICATE OF SERVICE

I certify that on October 21, 2015, at Seattle, Washington, I electronically served the foregoing AMAZON'S PROPOSED VERDICT FORM by electronic filing via the Court's CM/ECF system, which will generate email notification to counsel as set forth below:

- **Timothy J. Billick**
  tim@mannlawgroup.com, eileen@mannlawgroup.com
- **Philip P Mann**
  phil@mannlawgroup.com, eileen@mannlawgroup.com, tim@mannlawgroup.com
- **John E. Whitaker**
  docket@wlawgrp.com, john@wlawgrp.com

s/ John M. Hughes