UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILO & GABBY, LLC, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> AMAZON.COM, *et al.* <br><br> Defendants. | Case No. C13-1932RSM <br><br> **VERDICT FORM** |

WE, THE JURY, answering the following questions submitted by the Court, unanimously find as follows:

1. Do you find that Amazon, through its website, communicated a description of the allegedly infringing products?

   **CIRCLE ONE: YES or (NO)**

   *PLEASE GO ON TO QUESTION 2.*

2. Do you find that Amazon, through its website, communicated the price at which the allegedly infringing product could be purchased?

   **CIRCLE ONE: YES or (NO)**

   *PLEASE GO ON TO QUESTION 3.*

VERDICT FORM - 1

3. Do you find that Amazon provided the descriptions of the allegedly infringing products?

   **CIRCLE ONE: YES or (NO)**

   *PLEASE GO ON TO QUESTION 4.*

4. Do you find that Amazon set the price at which the allegedly infringing products could be purchased?

   **CIRCLE ONE: YES or (NO)**

   *PLEASE GO ON TO QUESTION 5.*

5. Do you find that Amazon set the quantity(ies) of the allegedly infringing product(s) for sale on its website?

   **CIRCLE ONE: YES or (NO)**

   *PLEASE GO ON TO QUESTION 6.*

6. Do you find that Amazon, through its website, communicated that it was willing to enter into a bargain to sell the allegedly infringing products?

   **CIRCLE ONE: YES or (NO)**

   *IF YOU ANSWER YES: PLEASE GO ON TO QUESTION 7.*

   *IF YOU ANSWER NO: PLEASE GO ON TO QUESTION 8.*

7. Do you find that a reasonable person viewing the Amazon.com website would understand that his agreement to that bargain is invited by Amazon and will conclude the bargain with Amazon?

   **CIRCLE ONE: YES or NO**

   *PLEASE GO ON TO QUESTION 8.*

VERDICT FORM - 2

8. Have Plaintiffs proven that it is more likely than not that Amazon offered to sell the alleged infringing products?

**CIRCLE ONE: YES or (NO)**

*IF YOU ANSWER YES: PLEASE GO ON TO QUESTION 9.*

*IF YOU ANSWER NO: PLEASE SIGN AND DATE THE VERDICT FORM AND RETURN IT TO THE BAILIFF.*

9. If you answered "Yes" to Question #8, what damages do you find Plaintiffs have proven that it is more probable than not they have suffered as a result?

_____

*PLEASE SIGN AND DATE THE VERDICT FORM AND RETURN IT TO THE BAILIFF.*

DATED this 29th day of October, 2015.

*Patricia W. Davis*

_____
Presiding Juror

VERDICT FORM - 3