UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILO & GABBY, LLC and KAREN KELLER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. 13-cv-01932-RSM<br><br>JUDGMENT FOR PAYMENT OF FEES AND COSTS |

This matter came before the Court on Defendant Amazon.com, Inc.'s ("Amazon") Motion for Entry of Judgment. The Court GRANTS the motion ENTERS a Final Judgment on in the amount of **$25,280.32** in fees and costs favor of Amazon and against Plaintiffs Milo & Gabby, LLC and Karen Keller.

DATED: July 11, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JUDGMENT FOR PAYMENT OF FEES AND COSTS
(Case No. 13-cv-1932) - 1